VIRGINIA S. SANDS, as Administratrix of JAMES G. SANDS, Deceased, Respondent, *v.* HENRY C. MINER, Appellant.

*Sands* v. *Miner*, 16 App. Div. 347, affirmed.
(Argued October 5, 1899; decided October 24, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 26, 1897, upon an order affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Nathaniel Cohen* and *Howe & Hummel* for appellant.

*Frank Barker* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur, except PARKER, Ch. J., and BARTLETT, J., not sitting.